UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

vs.

FRICKER'S U.S.A., LLC, *et al.*,

    Defendants.

Case No. 3:23-cv-282

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

### ORDER: (1) GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STAY THIS LITIGATION (Doc. No. 42); AND (2) RESERVING THE RIGHT TO RULE ON ANY PENDING MOTIONS BEFORE THE COURT DURING THE STAY

---

    This civil case is before the Court upon Plaintiff's unopposed motion to stay this litigation and extend all deadlines due to the lapse in appropriations and the federal government shutdown. Doc. No. 42. For good cause shown and pursuant to S.D. Ohio Gen. Ord. 25-04, the Court **GRANTS** Plaintiff's motion. The Court **RESERVES** the right to rule on any pending motions during the stay.

    **IT IS SO ORDERED.**

October 1, 2025                                                      s/*Michael J. Newman*
                                                                               Hon. Michael J. Newman
                                                                               United States District Judge