UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

vs.

FRICKER'S U.S.A., LLC,

      Defendant.

Case No. 3:23-cv-282

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING PLAINTIFF'S UNOPPOSED MOTION TO LIFT THE STAY OF THIS LITIGATION (Doc. No. 44); (2) LIFTING THE STAY OF THIS CASE; AND (3) NOTING THE SUMMARY JUDGMENT MOTION (Doc. No. 35) REMAINS PENDING**

---

This civil case is before the Court upon Plaintiff's unopposed motion to lift the stay of this litigation. Doc. No. 44. For good cause shown, the Court **GRANTS** Plaintiff's motion and **LIFTS** the stay of this case.

The Court also **NOTES** the summary judgment motion (Doc. No. 35) remains pending.

**IT IS SO ORDERED.**

April 10, 2026
                                        s/*Michael J. Newman*
                                        Hon. Michael J. Newman
                                        United States District Judge